## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MICHAEL WAYNE BRIGHTWELL | Case No. 18-23564GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br>Movant<br>vs.<br>LAKEVIEW LOAN SERVICING LLC<br>Respondents | Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 9280.

Regular mortgage payments are currently being directed to the following creditor at the following address:

> LAKEVIEW LOAN SERVICING LLC
> C/O COMMUNITY LOAN SERVICING LLC
> 4425 PONCE DE LEON BLVD 5TH FL
> CORAL GABLES,FL 33146

Movant has been requested to send payments to:

> LAKEVIEW LOAN SERVICING LLC
> C/O RIGHPATH SERVICING
> PO BOX 619094
> DALLAS TX 75261
> 0695701037

The Chapter 13 Trustee's CID Records of LAKEVIEW LOAN SERVICING LLC have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 6/22/2022.

cc:    Debtor
       Original creditor
       Putative creditor
       Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
MICHAEL WAYNE BRIGHTWELL, PO BOX 437, KOPPEL, PA  16136

:
CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741

ORIGINAL CREDITOR'S COUNSEL:
BROCK & SCOTT PLLC, 8757 RED OAK BLVD, CHARLOTTE, NC  28217

NEW CREDITOR:
LAKEVIEW LOAN SERVICING LLC
C/O RIGHPATH SERVICING
PO BOX 619094
DALLAS TX 75261

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL & STEINBERG, 707 GRANT ST 28TH FLOOR, PITTSBURGH, PA  15219

ORIGINAL CREDITOR:
LAKEVIEW LOAN SERVICING LLC, C/O COMMUNITY LOAN SERVICING LLC, 4425 PONCE DE LEON BLVD 5TH FL, CORAL GABLES, FL  33146