# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-23564** |
| **Michael Wayne Brightwell** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | * * * * * * * * * * * * * * * * * * * |
| | |
| **Lakeview Loan Servicing, LLC** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Lakeview Loan Servicing, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Alyk L. Oflazian
    Alyk L. Oflazian, Esquire (312912)
    Adam B. Hall (323867)
    Stephen R. Franks (0075345)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Alyk L. Oflazian.
    Contact email is ALOflazian@manleydeas.com

23-029079_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 18-23564** |
| **Michael Wayne Brightwell** | **Chapter 13** |
| | **Judge Gregory L. Taddonio** |
| **Debtor(s)** | ＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊＊ |
| | |
| **Lakeview Loan Servicing, LLC** | **Related Document #** |
| **Movant,** | |
| | |
| **No Respondent(s).** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 28, 2023.

<u>Service by ECF:</u>
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Lauren M. Lamb, Attorney for Michael Wayne Brightwell, llamb@steidl-steinberg.com

<u>Service by First-Class Mail:</u>
Michael Wayne Brightwell, PO Box 437, Koppel, PA  16136


EXECUTED ON: <u>November 28, 2023</u>

By: <u>/s/ Alyk L. Oflazian</u>
Signature
<u>Alyk L. Oflazian, Esquire</u>
Typed Name
<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>312912</u>
List Bar I.D. and State of Admission

23-029079_PS