| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **MICHAEL WAYNE BRIGHTWELL** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **18-23564GLT** |

## Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:**  NATIONSTAR MORTGAGE LLC**

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account    1  0  3  7

**Property Address:**    6420 6TH AVE
KOPPEL PA 16136

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 16,002.97 |
| b.  Prepetition arrearage paid by the trustee: | (b) $ | 16,002.97 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 16,002.97 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment    $    $406.18

The next postpetition payment is due on    12 / 1 / 2023
                                          MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **MICHAEL WAYNE BRIGHTWELL** | Case number *(if known)* | **18-23564GLT** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |
|---|---|

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

| | /s/ Ronda J. Winnecour | Date | 12/06/2023 |
|---|---|---|---|
| | Signature | | |

| Trustee | Ronda J. Winnecour |
|---|---|

| Address | CHAPTER 13 TRUSTEE WD PA |
|---|---|
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

| Contact phone | (412) 471-5566 | Email | cmecf@chapter13trusteewdpa.com |
|---|---|---|---|

| Debtor 1 | **MICHAEL WAYNE BRIGHTWELL** | | Case number *(if known)* | **18-23564GLT** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/25/2020 | 1150278 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 100.70 |
| 03/23/2020 | 1153761 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 302.89 |
| 04/27/2020 | 1157221 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 302.88 |
| 05/26/2020 | 1160560 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 272.75 |
| 06/26/2020 | 1163693 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 272.75 |
| 07/29/2020 | 1166819 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 272.75 |
| 08/25/2020 | 1169893 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 272.75 |
| 09/28/2020 | 1172981 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 272.75 |
| 10/26/2020 | 1176069 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 648.99 |
| 11/24/2020 | 1179147 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 283.85 |
| 01/25/2021 | 1185066 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 197.01 |
| 02/22/2021 | 1188182 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 283.85 |
| 03/26/2021 | 1191466 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 654.54 |
| 07/26/2021 | 1204255 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 394.02 |
| 08/26/2021 | 1207378 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,112.45 |
| 11/22/2021 | 1216616 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,047.89 |
| 01/26/2022 | 1222745 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,114.20 |
| 03/25/2022 | 1228585 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 335.46 |
| 04/26/2022 | 1231607 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 362.42 |
| 05/25/2022 | 1234640 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 747.38 |
| 08/24/2022 | 1243775 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 317.32 |
| 09/27/2022 | 1246646 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,517.30 |
| 11/23/2022 | 1252251 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 693.11 |
| 12/22/2022 | 1255005 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 346.55 |
| 01/26/2023 | 1257735 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 754.07 |
| 03/28/2023 | 1263121 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 290.92 |
| 05/25/2023 | 1268800 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,072.81 |
| 11/27/2023 | 1285349 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,758.61 |
| | | | | 16,002.97 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 02/25/2019 | 1109520 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,821.68 |
| 03/25/2019 | 1112811 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 506.02 |
| 04/26/2019 | 1116108 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 767.88 |
| 05/24/2019 | 1119507 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 522.53 |
| 06/25/2019 | 1122900 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 525.60 |
| 07/29/2019 | 1126340 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 531.68 |
| 08/27/2019 | 1129811 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 532.52 |
| 09/24/2019 | 1133123 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 532.90 |
| 10/24/2019 | 1136447 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 527.51 |
| 11/25/2019 | 1139914 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 518.06 |
| 12/23/2019 | 1143296 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 01/28/2020 | 1146757 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 02/25/2020 | 1150278 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 03/23/2020 | 1153761 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 04/27/2020 | 1157221 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 05/26/2020 | 1160560 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 06/26/2020 | 1163693 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 07/29/2020 | 1166819 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 08/25/2020 | 1169893 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 09/28/2020 | 1172981 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 10/26/2020 | 1176069 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 11/24/2020 | 1179147 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 12/21/2020 | 1182102 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 01/25/2021 | 1185066 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 02/22/2021 | 1188182 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 03/26/2021 | 1191466 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 04/26/2021 | 1194729 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 05/25/2021 | 1197867 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 06/25/2021 | 1201045 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 07/26/2021 | 1204255 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 08/26/2021 | 1207378 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 457.53 |
| 09/24/2021 | 1210499 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 425.65 |

| Debtor 1 | **MICHAEL WAYNE BRIGHTWELL** | | Case number *(if known)* | **18-23564GLT** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 10/25/2021 | 1213576 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 425.65 |
| 11/22/2021 | 1216616 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 425.65 |
| 12/23/2021 | 1219673 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 425.65 |
| 02/23/2022 | 1225639 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 796.88 |
| 03/25/2022 | 1228585 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 04/21/2022 | 1219673 | LAKEVIEW LOAN SERVICING LLC | CANCELLED CHECK TO CREDITOR/CONT | -425.65 |
| 04/21/2022 | 1230080 | LAKEVIEW LOAN SERVICING LLC | PREWRITTEN CHECK TO CREDITOR/CON | 425.65 |
| 04/26/2022 | 1231607 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 05/25/2022 | 1234640 | LAKEVIEW LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 08/19/2022 | 1230080 | LAKEVIEW LOAN SERVICING LLC | CANCELLED CHECK TO CREDITOR/CONT | -425.65 |
| 08/24/2022 | 1243775 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,648.18 |
| 09/27/2022 | 1246646 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 10/25/2022 | 1249465 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 11/23/2022 | 1252251 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 12/22/2022 | 1255005 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 407.51 |
| 02/23/2023 | 1260344 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 811.03 |
| 03/28/2023 | 1263121 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 406.18 |
| 04/25/2023 | 1265939 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 406.18 |
| 05/25/2023 | 1268800 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 406.18 |
| 06/26/2023 | 1271697 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 406.18 |
| 07/25/2023 | 1274452 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 406.18 |
| 08/25/2023 | 1277229 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 187.64 |
| 11/27/2023 | 1285349 | NATIONSTAR MORTGAGE LLC** | AMOUNTS DISBURSED TO CREDITOR | 690.13 |
| | | | | 26,688.79 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL WAYNE BRIGHTWELL
PO BOX 437
KOPPEL, PA  16136

LAUREN M LAMB ESQ
STEIDL & STEINBERG
707 GRANT ST 28TH FLOOR
PITTSBURGH, PA  15219

NATIONSTAR MORTGAGE LLC**
C/O RIGHTPATH SERVICING
PO BOX 619094
DALLAS, TX  75261-9741

CHAPTER 13 BANKRUPTCY NOTICING
PO BOX 619096
DALLAS, TX  75261-9741

MARIO HANYON ESQ
BROCK AND SCOTT PLLC
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103

12/6/23                                         /s/ Roberta Saunier
                                                _____
                                                Administrative Assistant
                                                Office of the Chapter 13 Trustee