## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL WAYNE BRIGHTWELL

       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
       vs.
No Respondents.

Case No.:18-23564

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/07/2018  and confirmed on 12/20/18 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,879.04 |
| Less Refunds to Debtor | 496.73 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,382.31 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,400.00 | |
| Trustee Fee | 2,386.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,786.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC** | 0.00 | 26,688.79 | 0.00 | 26,688.79 |
| Acct: 1037 | | | | |
| NATIONSTAR MORTGAGE LLC** | 16,002.97 | 16,002.97 | 0.00 | 16,002.97 |
| Acct: 1037 | | | | |
| | | | | 42,691.76 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL WAYNE BRIGHTWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL WAYNE BRIGHTWELL | 496.73 | 496.73 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1517 | | | | |
| FIRST NATIONAL BANK OF PA** | 648.95 | 158.09 | 0.00 | 158.09 |
| Acct: 5171 | | | | |
| MEDICAL PAYMENT DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5200 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F V | 6,787.86 | 1,653.59 | 0.00 | 1,653.59 |
| Acct: 5200 | | | | |
| CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 199.32 | 48.56 | 0.00 | 48.56 |

18-23564                                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0001 | | | | |
| | VICTORIA FIRE AND CASUALTY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6184 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 180.62 | 44.00 | 0.00 | 44.00 |
| | Acct: 0562 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8248 | | | | |
| | PINNACLE CREDIT SERVICES LLC - ASSIG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,904.24 |

TOTAL PAID TO CREDITORS                                                                                   44,596.00

TOTAL CLAIMED
PRIORITY            0.00
SECURED        16,002.97
UNSECURED       7,816.75

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL WAYNE BRIGHTWELL

        Debtor(s)

    Ronda J. Winnecour

          Movant

          vs.

    No Repondents.

Case No.:18-23564

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 18-23564-GLT
Michael Wayne Brightwell                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 3
Date Rcvd: Jan 11, 2024                       Form ID: pdf900                               Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wayne Brightwell, Po Box 437, Koppel, PA 16136-0437 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 14931127 | + | First National Bank of Pennsylvania, AAA Debt Recovery, P. O. Box 129, Monroeville, PA 15146-0129 |
| 14939336 | + | First National Bank of Pennsylvania, C/O AAS Debt Recovery Inc., 2526 Monroeville Blvd. Suite 205, Monroeville, PA 15146-2371 |
| 14931130 | + | One Main, PO Box, Evansville, IN 47708-1449 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2024 23:46:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:25 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14931125 | + | Email/Text: bnc-capio@quantum3group.com | Jan 11 2024 23:46:00 | Capio Parners, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 14931126 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 11 2024 23:46:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14948948 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2024 23:46:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14931789 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:29 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912022 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 11 2024 23:46:00 | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15427297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2024 23:46:00 | Lakeview Loan Servicing, LLC, Bankruptcy Department, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14931129 | + | Email/Text: info@phoenixfinancialsvcs.com | Jan 11 2024 23:45:00 | Medical Payment Data, c/o Phoenix Financial Service, 8902 Otis Ave, Ste 103A, Indianapolis, IN 46216-1009 |
| 14939570 | | Email/PDF: cbp@omf.com | Jan 11 2024 23:54:33 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14931131 | + | Email/PDF: cbp@omf.com | Jan 11 2024 23:54:34 | One Main, 100 International Dr. 15th Fl, Baltimore, MD 21202-4784 |
| 14931132 | + | Email/PDF: cbp@omf.com | Jan 11 2024 23:54:34 | One Main Financial, c/s Care Dept, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14947321 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:00 | Pinnacle Credit Services, LLC its successors and, |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jan 11, 2024 | Form ID: pdf900 | Total Noticed: 24

| | | | |
|---|---|---|---|
| | | | assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15507101 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 11 2024 23:46:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14931686 | + Email/Text: bankruptcy@huntington.com | Jan 11 2024 23:46:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 14931133 | + Email/Text: bankruptcydepartment@tsico.com | Jan 11 2024 23:46:00 | Transworld Systems Inc, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14942955 | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2024 23:54:41 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14931135 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 23:54:07 | Verizon Wireless, c/o Pinnacle Credit/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 14931136 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2024 23:47:00 | Victoria Fire & Casualty, c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | Nationstar Mortgage, LLC |
| 14931134 | | Unknown |
| 14931128 | *+ | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com |

Jerome B. Blank
                on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Lauren M. Lamb
                on behalf of Debtor Michael Wayne Brightwell
                julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
                rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
                on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

Thomas Song
                on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 11