IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/8/24 2:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL WAYNE BRIGHTWELL

  Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-23564

Chapter 13

Document No.: 104

## ORDER OF COURT

AND NOW, this ___8th___ day of __February__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Dated: 2/8/24
DEFAULT
ENTRY
cm: Debtor

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE hct

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 18-23564-GLT

Michael Wayne Brightwell    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Feb 23, 2024    Form ID: pdf900    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wayne Brightwell, Po Box 437, Koppel, PA 16136-0437 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| 14931127 | + | First National Bank of Pennsylvania, AAA Debt Recovery, P. O. Box 129, Monroeville, PA 15146-0129 |
| 14939336 | + | First National Bank of Pennsylvania, C/O AAS Debt Recovery Inc., 2526 Monroeville Blvd. Suite 205, Monroeville, PA 15146-2371 |
| 14931130 | + | One Main, PO Box, Evansville, IN 47708-1449 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 23:48:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1837 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:06 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14931125 | + | Email/Text: bnc-capio@quantum3group.com | Feb 23 2024 23:48:00 | Capio Parners, 2222 Texoma Parkway, Suite 150, Sherman, TX 75090-2481 |
| 14931126 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 23 2024 23:48:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14948948 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 23 2024 23:48:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14931789 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:06 | LVNV Funding, LLC its successors and assigns as, assignee of CVF Consumer Acquisition, Company, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912022 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 23 2024 23:48:00 | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15427297 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 23:48:00 | Lakeview Loan Servicing, LLC, Bankruptcy Department, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1837 |
| 14931129 | + | Email/Text: info@phoenixfinancialsvcs.com | Feb 23 2024 23:48:00 | Medical Payment Data, c/o Phoenix Financial Service, 8902 Otis Ave, Ste 103A, Indianapolis, IN 46216-1009 |
| 14939570 | | Email/PDF: cbp@omf.com | Feb 23 2024 23:58:06 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14931131 | + | Email/PDF: cbp@omf.com | Feb 24 2024 00:22:27 | One Main, 100 International Dr. 15th Fl, Baltimore, MD 21202-4784 |
| 14931132 | + | Email/PDF: cbp@omf.com | Feb 23 2024 23:58:23 | One Main Financial, c/s Care Dept, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14947321 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:24 | Pinnacle Credit Services, LLC its successors and, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15507101 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 23 2024 23:48:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14931686 | + | Email/Text: bankruptcy@huntington.com | Feb 23 2024 23:48:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 14931133 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 23 2024 23:48:00 | Transworld Systems Inc, 500 Virginia Dr. Ste 514, Fort Washington, PA 19034-2733 |
| 14942955 |   | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2024 23:58:06 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14931135 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 23 2024 23:58:08 | Verizon Wireless, c/o Pinnacle Credit/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 14931136 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 23 2024 23:48:00 | Victoria Fire & Casualty, c/o Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Lakeview Loan Servicing, LLC |
| cr |  | Nationstar Mortgage, LLC |
| 14931134 |  | Unknown |
| 14931128 | *+ | Lakeview Loan Servicing, LLC, PO Box 8068, Virginia Beach, VA 23450-8068 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2024            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing LLC amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com |

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Feb 23, 2024     Form ID: pdf900     Total Noticed: 24

Jerome B. Blank
    on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Lauren M. Lamb
    on behalf of Debtor Michael Wayne Brightwell
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

TOTAL: 11