IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael Wayne Brightwell, | ) | Case No. 18-23564-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. |
| | ) | |
| | ) | |
| Michael Wayne Brightwell, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Lakeview Loan Servicing, LLC, Nationstar | ) | |
| Mortgage, LLC % RightPath Servicing and | ) | |
| Rushmore Servicing, | ) | |
| | ) | |
| Respondents | ) | |

## **ORDER OF COURT**

AND NOW, to wit this _____ day of _____, 2024 it is hereby ORDERED, ADJUDGED and DECREED that the Chapter 13 bankruptcy case of Michael Wayne Brightwell is hereby reopened to allow the Debtor to file a Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order.

IT IS SO ORDERED.

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge