8/5/24 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-23564 |
| **Michael Wayne Brightwell** | : | Chapter 13 |
| | : | Judge Gregory L. Taddonio |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Lakeview Loan Servicing, LLC** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| | : | August 7, 2024 at 09:00 a.m. |
| vs | : | |
| | : | 5490 U.S. Steel Tower |
| **Michael Wayne Brightwell** | : | 600 Grant Street |
| **Ronda J. Winnecour** | : | Pittsburgh, PA 15219 |
| Respondents. | : | |
| | : | |

Related to Docket No. 122 & 131

### ORDER OF COURT

AND NOW, this 5th day of August, 2024, upon consideration of the Motion to continue the Hearing on Motion to Reopen Chapter 13 Bankruptcy Case to File Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order and for good cause shown, the August 7, 2024 Hearing is continued to 8/19/2024 at 9:00 AM via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

23-029079_SCS2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23564-GLT |
| Michael Wayne Brightwell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Wayne Brightwell, Po Box 437, Koppel, PA 16136-0437 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 06 2024 01:54:00 | LAKEVIEW LOAN SERVICING, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1839 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 07, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 05, 2024 | Form ID: pdf900 | Total Noticed: 2 |

Denise Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

J. Philip Colavincenzo
    on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com

Jerome B. Blank
    on behalf of Creditor Lakeview Loan Servicing LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Lauren M. Lamb
    on behalf of Debtor Michael Wayne Brightwell
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing LLC pawb@fedphe.com

TOTAL: 12