**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/24 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-23564-GLT |
| | : | Chapter: | 13 |
| Michael Wayne Brightwell | : | | |
| | : | | |
| | : | Date: | 8/19/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 122 Motion to Reopen Chapter 13 Case
      # 129 - Response filed by Lakeview Loan Servicing

      # 124 Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order
      # 130 - Response filed by Lakeview Loan Servicing, LLC

**APPEARANCES**:
   Debtor:   Lauren M. Lamb
   Lakeview:   Stephen Franks

**NOTES:**   [10:21]

Lamb: Received a loan history from Attorney Franks. Lender agreed to pay attorneys' fees as of this morning. Asking for a continuance just to assure that the corporate advance (for attorneys' fees and foreclosure costs) has been removed from the Debtor's account.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Reopen Chapter 13 Bankruptcy Case to File Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order* [Dkt. No. 122] is GRANTED. [HT to enter proposed order at dkt. no. 122].

2) For the reasons stated on the record, the *Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order* [Dkt. No. 124] is continued to September 11, 2024 at 9 a.m.   On or before September 4, 2024, the parties shall file a stipulation under certification of counsel resolving the *Motion*. [Text order].

**DATED:**   8/19/2024