Case 18-23564-GLT    Doc 141    Filed 08/22/24    Entered 08/22/24 07:33:53    Desc
Imaged Certificate of Notice    Page 1 of 3

FILED
8/19/24 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael Wayne Brightwell, | ) | Case No. 18-23564-GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Docket No. 122 and 128 |
| | ) | |
| | ) | |
| Michael Wayne Brightwell, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| Lakeview Loan Servicing, LLC, Nationstar Mortgage, LLC % RightPath Servicing and Rushmore Servicing, | ) ) ) | |
| | ) | |
| Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit this __19th__ day of __August__, 2024 it is hereby ORDERED, ADJUDGED and DECREED that the Chapter 13 bankruptcy case of Michael Wayne Brightwell is hereby reopened to allow the Debtor to file a Motion to Enforce Notice of Final Cure, Response to Notice of Final Cure and Discharge Order.

IT IS SO ORDERED.

Dated: 8/19/24

_____
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23564-GLT |
| Michael Wayne Brightwell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Wayne Brightwell, Po Box 437, Koppel, PA 16136-0437 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 22, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@yahoo.com |
| Jerome B. Blank | on behalf of Creditor Lakeview Loan Servicing  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
    on behalf of Debtor Michael Wayne Brightwell
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor Nationstar Mortgage  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Lakeview Loan Servicing  LLC pawb@fedphe.com


TOTAL: 12