**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Michael Wayne Brightwell

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    18-23564 GLT

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 9280

**Date of payment change:**
Must be at least 21 days after date of this notice    01/01/2022

**New total payment:**    $407.51
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $234.29       New escrow payment:   $ 216.15

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____   New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor(s)  <u>Michael  Wayne  Brightwell</u>       Case number (*if known*)  18-23564 GLT
          First Name  Middle Name  Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Brian C. Nicholas                              Date December 09, 2021
  Signature

Print:    <u>Brian C. Nicholas    ATT ID: 317240</u>           Title  <u>Attorney for Creditor</u>
      First Name       Middle Name       Last Name

Company   KML Law Group, P.C.

Address   <u>701</u>        Market Street, Suite 5000
      Number       Street
      Philadelphia,                          PA       19106
      City                                   State    ZIP Code

Contact phone  (215) 627–1322          Email  bnicholas@kmllawgroup.com