# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Michael Wayne Brightwell<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC**　　　**Movant**<br>　　　　　vs.<br><br>**Michael Wayne Brightwell**<br>　　　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour,**<br>　　　　　　　　　　　**Trustee** | **BK NO. 18-23564 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 9, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michael Wayne Brightwell
Po Box 437
Koppel, PA 16136

Attorney for Debtor(s)
Lauren M. Lamb, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: December 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com